# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. CHRISTOPHER JASON HATHCOAT, *Defendants*, | Case No. CR-21-18-RAW |

## ORDER

Before the court is the Defendant Christopher Jason Hathcoat's Amended Unopposed Motion to Continue Pretrial and Trial Dates and Unopposed Motion to Designate Case as Complex [Docket No. 21] wherein the Defendant requests the court to declare this matter complex and to strike current deadlines and continue the case for one hundred twenty (120) days from the May 2021 Trial Docket to the September 8, 2021 Trial Docket. The government does not object to this request.

The Indictment in this case charges the Defendant with two (2) counts of Murder in Indian Country, two (2) counts of using, carrying or brandishing a firearm during a crime of violence, and two (2) 18 U.S.C. § 924(c) allegations. [Docket No. 2]. Counsel anticipates voluminous discovery and the necessity of a complex forensic investigation. Additionally, experts and investigators may be necessary.

For the reasons set forth in Defendant's motions, including those noted above, and pursuant to 18 U.S.C. §3161(h)(7)(B)(ii), the court deems this case unusual or complex, requiring extended litigation and hereby grants the motions. The court finds that this matter is a complex case and

that it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by §3161. The ends of justice dictate that the period of delay shall be excludable in computing the time from which the Indictment was filed and in computing the time within which the trial of this action must commence. 18 U.S.C.§ 3161(h)(7)(A).

This case is hereby stricken from the court's May 2021 Trial Docket and reset on the court's September 8, 2021 Trial Docket. The pretrial conference set for April 27, 2021 is hereby stricken to be reset by the court at a later date. The pretrial motions deadline is stricken and reset to July 23, 2021.

**IT IS SO ORDERED** this 9th day of April, 2021.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**